Tuesday,
December 20.

THOMPSON v. REYNOLDS and Another.

APPEAL from the *Hamilton* Court of Common Pleas.

*Per Curiam.*—There is but one point made in the brief of appellant, which is similar to that raised in *Smith* v. *Craig*, at this term (1).

The judgment is affirmed with 10 per cent. damages and costs.

*J. Green*, for the appellant.

*J. W. Evans*, for the appellees.

(1) See the preceding case.